**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CASE NO.  CR 218-014** |
| **v.** | ) | |
| | ) | |
| **EDRIN TEMPLE** | ) | |
| | ) | |

<u>**NOTICE OF INTENT TO SEEK ENHANCED SENTENCE AS TO**</u>
<u>**DEFENDANT EDRIN TEMPLE**</u>

The United States intends to seek enhanced punishment under Title 21, United States Code, Section 851.

**1.     Procedural History and Charges**

On March 7, 2018, a federal grand jury returned an indictment (Doc. 3) charging the defendant with the following offenses:

- Count 1, Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances (5 Kilograms or More of Cocaine, a Quantity of Cocaine Base "Crack," and a Quantity of Marijuana), in violation 21 U.S.C. § 846

- Count 19, Possession of Controlled Substance with Intent to Distribute (Cocaine), in violation of 21 U.S.C. § 841(a)(1)

Count 1, as alleged in the indictment, carries a potential punishment of not less than 10 years of imprisonment and not more than life; not more than a $10,000,000 fine; not less than 5 years of supervised release, up to life.  However, if

"any person commits such a violation after two or more prior convictions for a felony drug offense have become final," such person will be subject to an enhanced punishment as follows: mandatory term of life imprisonment without release; and not more than a $20,000,000 fine.  21 U.S.C. § 841(b)(1)(A).

Count 19, as alleged in the indictment, carries a potential punishment of not more than 20 years of imprisonment; not more than a $1,000,000 fine; and not less than 3 years of supervised release.  However, if "any person commits such a violation after a prior conviction for a felony drug offense has become final," such person will be subject to an enhanced punishment as follows:  not more than 30 years of imprisonment, not more than a $2,000,000 fine, and not less than 6 years of supervised release.  21 U.S.C. 841(b)(1)(C).

2.      Law and Circumstances

Title 21, United States Code, Section 851, states in part:

(a)(1) No person who stands convicted of an offense under this part shall be sentenced to increased punishment by reason of one or more prior convictions, unless before trial, or before entry of a plea, the United States attorney files an information with the court (and serves a copy of such information on the person or counsel for the person) stating in writing the previous convictions to be relied upon….

The government is hereby providing notice of enhanced penalty and noticing the following qualifying drug convictions for the defendant:

(1)      Sale of a Controlled Substance, McIntosh County Superior Court, Charge No. 00065935870003, on September 8, 2000;

(2)     Purchase, Possession, Manufacture, Distribution, or Sale of Marijuana, Brunswick Municipal Court, Case No. 001280, on April 6, 2005;

(3)     Possession of Cocaine with Intent to Distribute, McIntosh County Superior Court, Case No. 14CR00128, on November 29, 2016.

**3.     Conclusion**

Because the defendant has qualifying drug convictions, the United States is seeking enhanced punishment.

<div style="margin-left:40%">

Respectfully submitted,

BOBBY L. CHRISTINE
United States Attorney

By:     *s/ Matthew A. Josephson*
Assistant United States Attorney
GA Bar Number 367216

</div>

P.O. Box 8970
Savannah, Georgia, 31412
912-652-4422.

## CERTIFICATE OF SERVICE

The undersigned AUSA hereby certifies that a copy of this pleading has been filed in the ECF system and therefore served on the defendant.

<div style="margin-left:40%">

Respectfully submitted,

BOBBY L. CHRISTINE
United States Attorney

</div>

By:    *s/ Matthew A. Josephson*
Assistant United States Attorney
GA Bar Number 367216

P.O. Box 8970
Savannah, Georgia, 31412
912-652-4422.