# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 2:18-CR-14 |
| | ) | |
| v. | ) | |
| | ) | |
| **EDRIN TEMPLE** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

Now comes the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Matthew A. Josephson*
Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216

*/s/ E. Greg Gilluly, Jr.*
E. Greg Gilluly, Jr.
Assistant United States Attorney
Tennessee Bar No. 019397

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 27th day of December, 2018.

                                          BOBBY L. CHRISTINE
                                        UNITED STATES ATTORNEY

                                          ***/s/ Matthew A. Josephson***
                                          Matthew A. Josephson
                                          Assistant United States Attorney
                                          Georgia Bar No. 367216

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422