# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. **218-cr-14** | DATE **5/21/2019** |
| TITLE **USA v. Edrin Temple** | |
| TIMES **1:46-2:10** | TOTAL **24 minutes** |

| | |
|---|---|
| Honorable: **Lisa Godbey Wood, U. S. District Court Judge** | Courtroom Deputy: **Kim Mixon** |
| Court Reporter: **Debra Gilbert** | Interpreter: |

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Matt Josephson | Whitney Johnson | Edrin Temple |

PROCEEDINGS: **Sentencing**   ☑ In Court   ☐ In Chambers

PSR received and reviewed by Court. No objections.
The Court adopts the findings of fact and conclusions of applicable advisory guidelines, Total Offense Level 29, Criminal History VI, 151-188 months, 3 yrs. supervised release, $30,000 to $1,000,000 fine, no restitution, $100 special assessment, no min/max of 20 years.
Defense argument 1:48-1:56. Government argument 1:57-1:58.
Defendant statement 1:59.
1:59-Court: BOP 130 months, consecutive to term serving in McIntosh County for case 2017-R-34, 2017-R-195 and 14CR00128, recommends eval for participation in program for substance abuse treatment, no fine, $100 special assessment, supervised release for 3 years, comply with mandatory and standard conditions, cooperation in collection of DNA/special conditions to include substance abuse testing/no tampering with testing methods, subject to certain searches.
Count 1 of Indictment dismissed pursuant to plea agreement for Defendant Edrin Temple.
FCI Jesup if space and security will allow.
Credit for time served while serving on federal charges since April 3, 2018.